# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:24-cr-00090-12

KEVIN WRAY TERRELL

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

On January 30, 2025, all counsel and the Defendant appeared for a guilty plea hearing to Count Eleven of the Indictment. Count Eleven charges the Defendant with conspiracy to distribute methamphetamine and fentanyl, in violation of 21 U.S.C. § 846. [ECF 9]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on January 30, 2025. [ECF 400]. He recommends conditional acceptance of the Defendant's guilty plea. [*Id.* at 9]. Objections in this case were due on February 17, 2025. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 400**] and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statutes charged. All dates and case events in the PF&R are adopted.

The Clerk is directed to transmit copies of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: March 4, 2025

Frank W. Volk
Chief United States District Judge